AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

William T. Divane, Jr., Kenneth J. Bauwens, Michael J. Caddigan, Larry Crawley, Samuel Evans, Tim Foley, Thomas C. Halperin, Daniel Meyer, Kevin O'Shea, and Michael Walsdorf, as the Electrical Insurance Trustees

V.

Krueger Tower Inc.

CASE NUMBER: 08CV1803   EDA

ASSIGNED JUDGE: JUDGE COAR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Krueger Tower Inc.
c/o Christina M. Kruger, Registered Agent
114 N. Washington St.
Genoa, IL  60135

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 W. Washington St., Suite 1900
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

March 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/7 |
| NAME OF SERVER (PRINT) DEP Ryan Loys 089 | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 9705 Wolf Rd. Kingston

Christina Krueger
F/W/39  DOB - 3/9/1969

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/7/08      [Signature] 089
          *Date*             *Signature of Server*

150 N. Main St. Sycamore, Il. 60178
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.