## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1803 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Divane et al vs. Krueger Tower Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/22/2008. Defendant failed to appear. Enter Clerk's default against Krueger Tower, Inc. Prove-up default hearing set for July 22, 2008 at 9:00 a.m. If the plaintiff intends to prove up by affidavit, by July 2, 2008 the affidavit shall be filed and served upon the defendant at the defendant's last known address. In court prove-up default hearing set for 7/22/2008 at 9:00 a.m.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|