```
                     UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> KRUEGER TOWER, INC., <br><br> Defendant. | No. 08 C 1803 <br><br> Judge Coar |

### NOTICE OF VOLUNTARY DISMISSAL

The plaintiffs, WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, JAMES NORTH, KEVIN O'SHEA, and MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss, without prejudice, the action filed against KRUEGER TOWER, INC.

                                         WILLIAM T. DIVANE JR., et al., as the ELECTRICAL INSURANCE TRUSTEES

                         By:  /s/ David R. Shannon
                                        One of Their Attorneys

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800